```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BUGLIOTTI, et al.,                  :
                                    :
               Plaintiffs,          :
                                    :   17-cv-9934 (LAP)
                                    :
     -against-                      :   ORDER
                                    :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
               Defendants.          :
------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the remand from the Court of Appeals, counsel shall confer and inform the Court by letter no later than May 8 how they propose to proceed.

SO ORDERED.

Dated:   New York, New York
         April 29, 2020

                              *Loretta A. Preska*
                          LORETTA A. PRESKA
                          Senior United States District Judge