UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUGLIOTTI, et al.,

              Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

              Defendant.

17 Civ. 9934 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' joint letter dated May 8, 2020 [dkt. no. 26].  Because the Court of Appeals remanded this action for purposes of determining two questions of law--(1) whether, as a matter of Argentine law, plaintiffs are entitled to sue to enforce the 1994 FAA bonds held in the Argentine trust and (2) whether this Court should abstain from exercising jurisdiction on international comity grounds--the Republic shall proceed with a renewed motion to dismiss.  The parties shall confer and propose a briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
          June 17, 2020

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge