June 26, 2020

**BY ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 2220
New York, New York 10007

Re: *Bugliotti, et al. v. Republic of Argentina*, No. 17 Civ. 09934 (LAP)

Dear Senior Judge Preska:

We write in connection with the above-captioned action.  Pursuant to the Court's order dated June 17, 2020, counsel for the Republic of Argentina (the "Republic") and counsel for plaintiffs met and conferred regarding a proposed briefing schedule for the Republic's renewed motion to dismiss.  The parties have agreed upon the following briefing schedule, subject to the Court's approval:

- July 10, 2020:  the Republic's date to file a renewed motion to dismiss;

- August 21, 2020:  plaintiffs' date to respond to the motion to dismiss;[1] and

- September 18, 2020:  the Republic's date to reply.

We respectfully request that the Court so-Order this briefing schedule.

---

[1] Plaintiffs' counsel notes that it is difficult to commit to a deadline for plaintiffs' response before reviewing the Republic's renewed motion to dismiss.  Plaintiffs' counsel therefore notes that he may then need to request an extension, which the Republic has agreed to discuss at that time with the understanding that any extension would be reciprocal.

Hon. Loretta A. Preska, p. 2

Respectfully submitted,

**MILBERG PHILLIPS GROSSMAN LLP**

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _/s/ Michael C. Spencer_

Michael C. Spencer
(mspencer@milberg.com)

One Penn Plaza, Suite 1920
New York, NY 10119
T: (917) 969-5538

*Attorneys for Plaintiffs*

By: _/s/ Rahul Mukhi_

Rahul Mukhi
(rmukhi@cgsh.com)

One Liberty Plaza
New York, NY 10006
T: (212) 225-2000

*Attorneys for the Republic of Argentina*

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.