**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EUCLIDES BARTOLOME BUGLIOTTI
and MARIA CRISTINE DE BIASI; and ROXANA
INES ROJAS as Executor of the Estate of Hugo
Miguel Lauret,

       Plaintiffs,
  -against-            17 **CIVIL** 9934 (LAP)

                  **JUDGMENT**

THE REPUBLIC OF ARGENTINA,

       Defendant.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated March 31, 2021, the Republic's renewed motion to dismiss is GRANTED. All pending motions denied as moot; accordingly, this case is closed.

**Dated:** New York, New York

  March 31, 2021

                  **RUBY J. KRAJICK**
                  **Clerk of Court**
         **BY:** *K. Mango*
                  **Deputy Clerk**